**United States District Court**
For the Northern District of California

1
2
3
4
5
6     UNITED STATES DISTRICT COURT
7     NORTHERN DISTRICT OF CALIFORNIA
8
9  James Troy Walker,                          No.  C  07-3100 BZ
10           Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11      v.
12  Pacific Maritime Association, et. al.,
13           Defendant(s).
   _____/
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____          _____
                                             Signature
22
                                             Counsel for _____
23                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Troy Walker,<br><br>       Plaintiff(s),<br><br>  v.<br><br>Pacific Maritime Association, et al.,<br><br>       Defendant(s).<br>_____/ | No. C 07-3100 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____      Signature_____

                                                                           Counsel for _____<br>                                                                           (Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm

**United States District Court**
For the Northern District of California