GARY A. ANGEL, CSB No. 70006
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5935
FACSIMILE: (415) 788-5958

Attorneys for Defendant
MARINE TERMINALS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,

    Plaintiff(s),

v.

PACIFIC MARITIME ASSOCIATION;
et al.,

    Defendant(s).

No. C 07-03100 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 10, 2007

LAW OFFICES OF GARY A. ANGEL

Signature GARY A. ANGEL

Counsel for Def. MARINE TERMINALS CORPORATION
(Plaintiff, Defendant or indicate "pro se")

Re: <u>Walker v. PMA, et al.</u>

**PROOF OF SERVICE**

I declare that:

I am over the age of 18 and not a party to the within action; my business address is 177 Post Street, Suite 890, San Francisco, California, 94108.

On July 10, 2007, I served the following document(s):

1. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

on the parties in said action, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

/X/ <u>By First Class Mail</u> - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

/ / <u>By Hand Delivery</u> - I caused each such envelope, to be hand delivered to said address(es).

/ / <u>By Facsimile</u> - By transmitting a facsimile copy of the above document(s) to the following addressee(s) at the following facsimile number(s):

<u>Addressee(s)</u>

James Troy Walker
P.O. Box 9301
Vallejo, CA 94591
Tel:  707-315-3310
[In Pro Per]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 10, 2007, at San Francisco, California.

_____
Rose Chan