1  GARY A. ANGEL, CSB No. 70006
   LAW OFFICES OF GARY A. ANGEL
2  177 POST STREET, EIGHTH FLOOR
   SAN FRANCISCO, CA  94108
3  TELEPHONE:  (415) 788-5935
   FACSIMILE:  (415) 788-5958
4
   Attorneys for Defendant
5  MARINE TERMINALS CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES TROY WALKER,                    No. C07-03100 BZ

12         Plaintiff,                    DECLARATION OF KEN AULETTA
                                         IN SUPPORT OF MOTION TO
13 v.                                    DISMISS ENTIRE ACTION OF
                                         DEFENDANT MARINE TERMINALS
14 PACIFIC MARITIME ASSOCIATION;         CORPORATION [PURSUANT TO
   INTERNATIONAL LONGSHORE               F.R.C.P. RULE 12(b)(6)]
15 UNION LOCAL 10; MARINE
   TERMINALS CORPORATION;
16 PACIFIC C&H SUGAR,                    Date: September 19, 2007
                                         Time: 10:00 AM
17         Defendants.                   Courtroom: G, 15th Floor
   _____/      Magistrate Judge Bernard Zimmerman
18

19         I, KEN AULETTA, declare as follows:

20         1.      I declare that the matters set forth herein are of my own personal

21 knowledge and if called to testify, I can competently testify hereto.

22         2.      I am the Corporate Human Resources Director of MTC Holdings, which is

23 the parent company of defendant, Marine Terminals Corporation, one of the defendants

24 in the above-entitled action.

25         3.      James Walker has already filed a longshore action against Marine

26 Terminals Corporation entitled, James Walker vs. Marine Terminals Corporation, et al.,

27 which is a longshore action under Case No. 2005-LHC-1474 and OWCP No. 13-

28 101312.  Attached as Exhibit 1 hereto is a "Notice of Change in Trial Location," dated

---
1
DECL. OF KEN AULETTA IN SUPPORT OF MOTION OF DEF. MTC TO DISMISS ENTIRE ACTION

1 | March 22, 2007, confirming the rescheduling of the trial in this worker's compensation
2 | matter.
3 |     I, KEN AULETTA, declare under penalty of perjury that the foregoing is true and
4 | correct and that this declaration was executed on July 10, 2007, at San Francisco,
5 | California.

*[signature: Kenneth Auletta]*
KEN AULETTA

**U.S. Department of Labor**

Office of Administrative Law Judges
50 Fremont Street - Suite 2100
San Francisco, CA 94105

(415) 744-6577
(415) 744-6569 (FAX)



Issue Date: 22 March 2007

CASE NO.  2005-LHC-1474

OWCP NO.  13-101312

*In the Matter of:*

JAMES WALKER,
    Claimant,

vs.

MARINE TERMINALS CORP.,
    Employer,

and

MAJESTIC INSURANCE CO.,
    Carrier.



## NOTICE OF CHANGE IN TRIAL LOCATION

This claim arises under the Longshore and Harbor Workers' Compensation Act, as amended ("the Longshore Act"), 33 U.S.C. Section 901 *et seq.* A Notice Rescheduling Trial Date was issued in this matter, resetting this matter for April 23, 2007, to continue to conclusion on April 25, 2007, in San Francisco, California.

The parties are hereby notified of a change in trial location. The trial will be held at:

    **U.S. Court of Appeals for the Ninth Circuit**
    **Courtroom #2 (3rd Floor)**
    **95 - 7th Street**
    **San Francisco, California**

*[handwritten note: ALREADY CALLED ALL (change from SF/OALJ to SF/US Ct of Appeals)]*

    ANNE BEYTIN TORKINGTON
    Administrative Law Judge

ABT:vc

EXHIBIT 1

# SERVICE SHEET

Case Name: WALKER_JAMES_T_v_MARINE_TERMINALS_COR_

Case Number: 2005LHC01474

Document Title: Notice of Change in Trial Location

I hereby certify that a copy of the above-referenced document was sent to the following this 22nd day of March, 2007:

*Vivian Chan*
**VIVIAN CHAN**
LEGAL ASSISTANT

James Walker
P.O. Box 9301
Vallejo, CA 94591
   *(Hard Copy - Regular Mail)*

Philip Weltin, Esq.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
   *(Hard Copy - Regular Mail)*

Marine Terminals Corp.
1999 Harrison Street, Suite 550
Oakland, CA 94612
   *(Hard Copy - Regular Mail)*

Majestic Insurance Company
P.O. Box 78190
San Francisco, CA 94107
   *(Hard Copy - Regular Mail)*

Katherine Theofel, Esq.
1990 Lombard Street, Suite 300
San Francisco, CA 94123
   *(Hard Copy - Regular Mail)*

Jackson & Associates
Suite B
2300 Bethards Dr.
Santa Rosa, CA 95405
   *(Hard Copy - Regular Mail)*