MORGAN, LEWIS & BOCKIUS LLP
L. Julius M. Turman, State Bar No. 226126
M. Michael Cole, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jturman@morganlewis.com
mcole@morganlewis.com

Attorneys for Defendant
Pacific Maritime Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Troy Walker,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Pacific Maritime Association, International Longshore Union Local 10, Maritime Terminals Corp., Pacific C&H Sugar,,<br><br>　　　　　Defendants. | Case No. 07-03100 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC MARITIME ASSOCIATION'S MOTION TO DISMISS** |

1  WHEREFORE, on September 5, 2007, the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed by Defendant Pacific Maritime Association which sought to dismiss Plaintiff's Complaint came on for regularly scheduled hearing in Courtroom G, the Honorable Bernard Zimmerman presiding. _____ appeared for Defendant and _____ appeared for Plaintiff. Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, it is hereby **ORDERED AND ADJUDGED THAT**:

Defendants' Motion is **GRANTED**, and Plaintiff's Complaint is dismissed, with prejudice, and without leave to amend.

**IT IS SO ORDERED.**

Dated:                                    By: _____
                                              United States District Court Magistrate Judge