MORGAN, LEWIS & BOCKIUS LLP
L. Julius M. Turman, State Bar No. 226126
M. Michael Cole, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jturman@morganlewis.com
       mcole@morganlewis.com

Attorneys for Defendant
Pacific Maritime Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Troy Walker,<br><br>          Plaintiff,<br><br>vs.<br><br>Pacific Maritime Association, International Longshore Union Local 10, Maritime Terminals Corp., Pacific C&H Sugar,,<br><br>          Defendants. | Case No. 07-03100 BZ<br><br>**PROOF OF SERVICE BY MAIL** |

///

///

///

1-SF/7576086.1                               Case No. 07-03100 BZ

PROOF OF SERVICE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PROOF OF SERVICE BY MAIL**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126. On July 17, 2007, I served the within document(s):

- **DEFENDANT PACIFIC MARITIME ASSOCIATION'S NOTICE OF MOTION AND MOTION TO DISMISS**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States Mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

**James Troy Walker**
**Post Office Box 9301**
**Vallejo, CA 94591**

Executed on July 17, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Janis Tindall