1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  SBlackburn@ebglaw.com
   MGoodin@ebglaw.com
6  RHulst@ebglaw.com

7  Attorneys for Defendant
   C&H SUGAR COMPANY, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  JAMES TROY WALKER,                    CASE NO.: C 07-03100 BZ

13            Plaintiff,                  **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE
14       v.                               JUDGE**

15  PACIFIC MARITIME ASSOC.; MARINE
    TERMINALS CORP.; PACIFIC C&H
16  SUGAR COMPANY, INC.;
    INTERNATIONAL LONGSHORE UNION
17  LOCAL 10,

18            Defendants.

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2  In accordance with the provisions of Title 28, U.S.C. Section 636 (c), the undersigned
3  party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
4  further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
5  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6  Circuit.

7  DATED: July 23, 2007                    EPSTEIN BECKER & GREEN, P.C.

9                                          By: /s/ 
                                            STEVEN R. BLACKBURN
10                                          MATTHEW A. GOODIN
                                            RACHEL S. HULST
11                                          Attorneys for Defendant
                                            C&H SUGAR COMPANY, INC.