1  GARY A. ANGEL, CSB No. 70006
   LAW OFFICES OF GARY A. ANGEL
2  177 POST STREET, EIGHTH FLOOR
   SAN FRANCISCO, CA  94108
3  TELEPHONE:  (415) 788-5935
   FACSIMILE:  (415) 788-5958
4
   Attorneys for Defendant
5  MARINE TERMINALS CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES TROY WALKER,                No. C07-03100 BZ (ADR)

12          Plaintiff,                DEFENDANT MARINE TERMINALS
                                      CORPORATION'S NOTICE AND
13  v.                                JOINDER IN C&H SUGAR
                                      COMPANY, INC.'S ARGUMENTS
14  PACIFIC MARITIME ASSOCIATION;     IN SUPPORT OF MOTION TO
    INTERNATIONAL LONGSHORE           DISMISS PURSUANT TO
15  UNION LOCAL 10; MARINE            F.R.C.P. 12(b)(6) RE: TIME BAR____
    TERMINALS CORPORATION;
16  PACIFIC C&H SUGAR,                Date: September 19, 2007
                                      Time: 10:00 AM
17          Defendants.               Courtroom: G, 15th Floor
    _____/  Magistrate Judge Bernard Zimmerman
18

19

20  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that defendant Marine Terminals Corporation ("MTC")

22  has already filed a motion to dismiss pursuant to F.R.C.P. 12(b)(6) for the same

23  hearing date, September 19, 2007, at 10:00 AM, as C&H Sugar's motion.  After having

24  received the memorandum of points and authorities filed by C&H Sugar, Inc., MTC

25  hereby provides notice that it joins in the authority set out in C&H Sugar's

26  memorandum of points and authorities relating to C&H Sugar's time bar arguments as

27  to plaintiff's claims under Title VII and negligence, in that said time bar arguments and

28  authority are equally applicable to any pleading against MTC.

1     This joinder is without prejudice to MTC's prior position and arguments for

2   dismissal pursuant to F.R.C.P. 12(b)(6).

3   DATED: July 31, 2007                          Respectfully submitted,

4                                                  LAW OFFICES OF GARY A. ANGEL

5
                                                    /s/ Gary A. Angel
6                                                  Gary A. Angel, Attorneys for Defendant
                                                   MARINE TERMINALS CORPORATION
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF. MTC'S JOINDER TO C&H SUGAR'S ARGUMENTS IN SUPPORT OF MOTION TO DISMISS