UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES TROY WALKER, | ) | |
| Plaintiff(s), | ) | No. C07-3100 BZ |
| v. | ) | **SCHEDULING ORDER** |
| PACIFIC MARITIME ASSOC., et al., | ) | |
| Defendant(s). | ) | |

Having received motions by defendants Marine Terminals Corp., Pacific Maritime Association, and C&H Sugar Co., Inc. to dismiss plaintiff's complaint, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's oppositions to the motions shall be filed by **Wednesday, August 22, 2007.**

2. Any replies shall be filed by **Wednesday, August 29, 2007.**

3. A hearing on the motions shall be held on **Wednesday, September 19, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

4. Defendant Pacific Maritime Association shall accept

1

or decline magistrate jurisdiction in writing by **Friday, August 3, 2007**.

   Plaintiff is further notified as follows: Defendants have made motions to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  You must file an opposition to the motion and explain why the motions should not be granted.  If the motions are granted, that may result in the dismissal of some or all of your case or may require you to amend your complaint.  You are encouraged to consult the Federal Rules of Civil Procedure, the Civil Local Rules and the <u>Handbook for Litigants Without A Lawyer</u>.  The Civil Local Rules and the <u>Handbook</u> are both available in the Clerk's office and at the Court's website at:  http://www.cand.uscourts.gov/

Dated:  July 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\SCHEDULING ORDER.wpd

2