MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, State Bar No. 226126
M. MICHAEL COLE, State Bar No. 235538
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jturman@morganlewis.com

Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TROY WALKER,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION;<br>INTERNATIONAL LONGSHORE<br>UNION LOCAL 10; MARINE<br>TERMINALS CORPORATION; PACIFIC<br>C&H SUGAR,<br><br>        Defendant. | Case No. C07-03100 BZ<br><br>**DEFENDANT PACIFIC MARITIME ASSOCIATION'S NOTICE AND JOINDER IN C&H SUGAR COMPANY, INC.'S ARGUMENTS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6) RE: TIME BAR**<br><br>Date: September 19, 2007<br>Time: 10:00 A.M.<br>Courtroom: G, 15th Floor<br>Magistrate Judge Bernard Zimmerman |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Pacific Maritime Association ("PMA") filed a motion to dismiss, pursuant to F.R.C.P. 12(b)(6), on July 17, 2006, to be heard on September 19, 2007, at 10:00 a.m. Thereafter, on July 23, 2007, Defendant C&H Sugar filed its motion to dismiss, set for the same hearing date and time as PMA's motion. Upon reviewing the arguments of co-Defendant C&H Sugar, as set forth in its memorandum of points and authorities, PMA hereby provides notice that it joins in and relies upon the motion of C&H Sugar, as the arguments and authorities cited therein demonstrating that Plaintiff's claims against C&H Sugar are time-barred under Title VII and negligence law, are equally applicable to any pleading against PMA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582518.1

DEFENDANT PACIFIC MARITIME
ASSOCIATION'S NOTICE AND JOINDER
IN C&H SUGAR CO (C07-03100 BZ (ADR))

1  This joinder is without prejudice to PMA's prior position and arguments for dismissal
2  pursuant to F.R.C.P. 12(b)(6).

Dated: July 31, 2007

MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN

By _____
L. Julius M. Turman
Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7582518.1

2

DEFENDANT PACIFIC MARITIME
ASSOCIATION'S NOTICE AND JOINDER
IN C&H SUGAR CO (C07-03100 BZ (ADR))

## PROOF OF SERVICE BY MAIL

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126. On July 31, 2007, I served the within document(s):

- **DEFENDANT PACIFIC MARITIME ASSOCIATION'S NOTICE AND JOINDER IN C&H SUGAR COMPANY, INC.'S ARGUMENTS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6) RE: TIME BAR**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States Mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

James Troy Walker
Post Office Box 9301
Vallejo, CA 94591

Executed on July 31, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*/s/ Janis Tindall*
Janis Tindall