1  MORGAN, LEWIS & BOCKIUS LLP
   L. JULIUS M. TURMAN, State Bar No. 226126
2  M. MICHAEL COLE, State Bar No. 235538
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: jturman@morganlewis.com

Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES TROY WALKER, | Case No. C07-03100 BZ |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| PACIFIC MARITIME ASSOCIATION; INTERNATIONAL LONGSHORE UNION LOCAL 10; MARINE TERMINALS CORPORATION; PACIFIC C&H SUGAR, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant Pacific Maritime Association hereby voluntarily consents to have United States Magistrate Judge Bernard Zimmerman conduct any and all proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582686.1

DEFENDANT PACIFIC MARITIME
ASSOCIATION'S NOTICE AND JOINDER
IN C&H SUGAR CO (C07-03100 BZ (ADR))

1  Dated: July 31, 2007

MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN

By: _____
L. Julius M. Turman
Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582686.1

2

DEFENDANT PACIFIC MARITIME
ASSOCIATION'S NOTICE AND JOINDER
IN C&H SUGAR CO (C07-03100 BZ (ADR))

# PROOF OF SERVICE BY MAIL

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126. On July 31, 2007, I served the within document(s):

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States Mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

**James Troy Walker**
**Post Office Box 9301**
**Vallejo, CA  94591**

Executed on July 31, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Janis Tindall