Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
Rachel S. Hulst, State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
SBlackburn@ebglaw.com
MGoodin@ebglaw.com
RHulst@ebglaw.com

Attorneys for Defendants
C&H SUGAR COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TROY WALKER<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATIONS; MARINE TERMINALS CORP.; PACIFIC C&H SUGAR COMPANY, INC.; INTERNATIONAL LONGSHORE UNION LOCAL 10,<br><br>Defendants. | CASE NO. C 07-03100 BZ<br><br>**DEFENDANT C&H'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: September 19, 2007<br>Time:         10:00 A.M.<br>Courtroom:    G, 15th Floor<br><br>Magistrate Judge Bernard Zimmerman. |

  To date, plaintiff James Walker ("Plaintiff") has not filed any opposition to Defendant C&H Sugar Company, Inc.'s Motion to Dismiss. Magistrate Judge Zimmerman's Scheduling Order for this motion specifically states that Plaintiff's opposition to the motion "shall be filed by Wednesday, August 22, 2007." (*See* Court's Scheduling Order at p. 1:21-22.) Defendant C&H gave Plaintiff proper and timely notice of this motion and the Court subsequently served its Scheduling Order on all parties in the case, including Plaintiff. As set forth in Defendant C&H's moving papers, simply because Plaintiff is currently unrepresented by an attorney does not permit him to disregard the laws that govern the Court's procedures. *Pro per* plaintiffs must follow the same rules of procedure that govern other litigants. *See King v. Atiyeh,* 814 F.2d 565,

---

SF:148546v1

C&H's Reply Brief in Support of Motion to Dismiss
Case No. C 07-03100 BZ

567 (9th Cir. 1987.)  Accordingly, any opposition that Plaintiff may subsequently bring through untimely briefing or argument at the hearing, should not be considered by this court.

Ultimately, as set forth in Defendant C&H's moving papers, it is undisputed that all of Plaintiff's claims brought against Defendant C&H are untimely.  Defendant C&H's motion to dismiss should be granted in its entirety and all causes of action against Defendant C&H should be dismissed with prejudice.

DATED: August 29, 2007                                    EPSTEIN BECKER & GREEN, P.C.

                                                          By: _____
                                                          Steven R. Blackburn
                                                          Matthew A. Goodin
                                                          Rachel S. Hulst
                                                          Attorneys for Defendant
                                                          C&H Sugar Company, Inc.