# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **09/19/2007**

**C07-3100 BZ**

**James Troy Walker v. Pacifc Maritime Association, et al.**

Attorneys:   James Troy Walker          Gary A. Angel, Matthew A. Goodin & Steven J. Garett

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Lydia Zinn; 10:36-11:14**

**PROCEEDINGS:**                                           **RULING:**

1. Defendants Motions to Dismiss                              Matter Submitted
2. 
3. 

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff's submitted Exhibit's 1, 2, 3, 4, and 5 which were ordered UNDER SEAL.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court  XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
       (   ) By Court        (   ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____         Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                              Trial Date-
                                                   Type of Trial:

Notes:_____