UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br>　　　　Plaintiff(s),<br>　v.<br>PACIFIC MARITIME ASSOC., et al.,<br>　　　　Defendant(s). | No. C07-3100 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING ACTION BY PLAINTIFF** |

　　　Following my September 24, 2007 Order granting several defendants' motions to dismiss, the only remaining defendant is the International Longshore Union Local 10.  Although a summons was issued as to Local 10 on June 18, 2007, it has not yet made an appearance in the action, and it is unclear whether plaintiff served the complaint on Local 10. Therefore, **IT IS ORDERED** that:

　　　1. The Case Management Conference currently scheduled for October 1, 2007 is **CONTINUED** to **Monday, January 28, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

　　　2. If plaintiff has served Local 10 and it has not

1

appeared on time, by **Wednesday, December 19, 2007**, plaintiff will ask the Clerk of Court to enter Local 10's default;

    3. If plaintiff has not served Local 10, plaintiff will serve summons and complaint on Local 10 and file proof of such service with the Court by **Monday, December 31, 2007**.

    4. Should plaintiff have questions relating to the process by which he may seek a default or the requirement that he serve his complaint on Local 10, he may consult the Court's Pro Se Handbook, which is available in the Clerk's Office and online at http://www.cand.uscourts.gov.

Dated:   September 24, 2007

                                       Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\ORDER SERVICE CONTU CMC.wpd