1  James T. Walker
   P.O. Box 9301
2  4272 Melody Lane
   Vallejo, CA 94591
3  Tele: (707) 315-3310

4  Plaintiff,
   JAMES T. WALKER
5  in *pro per*

6

FILED
07 OCT 10 PM 1:56
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  JAMES T. WALKER,                    **CASE NUMBER: C07-3100 BZ**

10        Plaintiffs,                   CERTIFICATE OF SERVICE

11  vs.

12  C & H SUGAR, MARINE TERMINALS
    CORPORATION, and DOES ONE TO FIFTY,
13  inclusive,

14        Defendants.

15
                                    /
16

17  **CERTIFICATE OF SERVICE BY MAILING**

18
         The undersigned hereby certifies that on this 10th day of October, 2007, I mailed
19
    a true and correct copy of Plaintiff's motion for reconsideration, via United States
20
    Mail, postage prepaid to the following address:
21

22

23  Philip Weltin, Esq.
    1432 Martin Luther King Jr. Way
24  Oakland, CA 94612

25  Marine Terminais Corp.          Marine Terminals Corp.
    ~~1999 Harrison Street, Suite 550~~   3 Embarcadero #550
26  ~~Oakland, CA 94612~~            San Francisco, CA 94111

27

28                                  1

Majestic Insurance Company
P.O. Box 78190
San Francisco, CA 94107

Katherine Theofel, Esq.
1990 Lombard Street, Suite 300
San Francisco, Ca 94123

DATED this ~~9th~~ 10th day of October, 2007.

_____
Jennifer Powell