☐ ORIGINAL

FILED
NOV 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>    Plaintiff(s),<br><br>  v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>    Defendant(s). | No. C07-3100 BZ<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

On September 24, 2007 this Court granted defendants' motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). On October 10, 2007 plaintiff filed a motion for reconsideration and relief from order.

Civil Local Rule 7-9(a) for the Northern District of California, provides that no party may notice a motion for reconsideration without first obtaining leave of the Court to file the motion. Plaintiff did not request such leave of the Court. Additionally, Civil Local Rule 7-9(b) requires that the moving party on a motion for reconsideration show: 1) a material difference in fact or law exists from that which was presented to the Court; 2) the emergence of new material facts

1

1 | or a change of law; or 3) a manifest failure by the Court to
2 | consider material facts for dispositive legal arguments which
3 | were presented to the Court.  Plaintiff has not met his burden
4 | for reconsideration.
5 |     As such, plaintiff's motion for reconsideration and
6 | relief from order is **DENIED.**
7 | Dated:   October 31, 2007
8 |
9 |                    Bernard Zimmerman
            United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\Order denying motion for reconsideration.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,

    Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION et al,

    Defendant.
    _____/

Case Number: CV07-03100 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2007, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING MOTION FOR RECONSIDERATION**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary A. Angel
Law Offices Of Gary A. Angel
177 Post Street   Eighth Floor
San Francisco, CA 94108

James Troy Walker
P.O. Box 9301
Vallejo, CA 94591

L. Julius M. Turman
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

M. Michael Cole
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Matthew A Goodin
Eptstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Rachel S. Hulst F
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Steven R. Blackburn
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Dated: November 1, 2007

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

*/s/ Rose Maher*

2