UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>       Plaintiff(s),<br><br>  v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>       Defendant(s). | No. C07-3100 BZ<br><br>**BRIEFING ORDER** |

    On November 7, 2007, the plaintiff filed a Motion For Leave to File a Motion for Reconsideration of this court's dismissal of his complaint.  Civil L.R. 7-9.  Any defendant who wishes to oppose plaintiff's Motion, which the court deems tantamount to a motion seeking leave to file an amended complaint, see Doe v. U.S., 58 F.3d 494, 497 (9th Cir. 1995), shall file such opposition by no later than **December 5, 2007.**  The opposition shall address whether the doctrine of equitable tolling applies to plaintiff's claims.  See Irwin v. Department of Veterans Affairs, 498 U.S. 89, 96 - 97 (1990); Laws v. Lamarque, 351 F.3d 919 (9th Cir. 2003); Abbott v.

1

1  <u>State</u>, 979 P.2d 994, 998 (Alaska 1999).

2

3  Dated: November 21, 2007

4  _____
   Bernard Zimmerman
5  United States Magistrate Judge

6
   G:\BZALL\-BZCASES\Walker v. Pac. Maritime\BRIEFING ORDER RE MOT. TO DISMISS.wpd
7

2