1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  SBlackburn@ebglaw.com
   MGoodin@ebglaw.com
6  RHulst@ebglaw.com

7  Attorneys for Defendants
   C&H SUGAR COMPANY, INC.
8
                     **UNITED STATES DISTRICT COURT**
9
          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
10

11
   | JAMES TROY WALKER | CASE NO. C 07-03100 BZ |
12 |---|---|
   | Plaintiff, | **DEFENDANT C&H'S CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |
13 | | |
   | v. | |
14 | | |
   | PACIFIC MARITIME ASSOCIATIONS; MARINE TERMINALS CORP.; PACIFIC C&H SUGAR COMPANY, INC.; INTERNATIONAL LONGSHORE UNION LOCAL 10, | **[USDC Northern District Local Rule 3-16, FRCP 7.1]** |
15 | | |
   | | Magistrate Judge Bernard Zimmerman. |
16 | | |
   | Defendants. | |
17 | | |
18

19

20

21     Pursuant to United States District Court, Northern District Local Rule 3-16 and Federal

22 Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant C&H SUGAR

23 COMPANY, INC. certifies that as of this date, the following non-party entity has an interest in

24 the subject matter in controversy that could be substantially affected by the outcome of this

25 proceeding: American Sugar Refining, Inc. American Sugar Refining, Inc. is a parent company

26 of C&H, owning 100% of its stock.

27

28

---

1  This representation is made to enable the Court to evaluate possible disqualification or
2  recusal.

3

4  DATED: January 22, 2008              EPSTEIN BECKER & GREEN, P.C.

5

6                                       By:  /s/ Rachel S. Hulst
                                             Steven R. Blackburn
7                                            Matthew A. Goodin
                                             Rachel S. Hulst
8                                            Attorneys for Defendant
                                             C&H Sugar Company
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

   **DEFENDANT C&H'S CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   | | |
   |---|---|
   | James Troy Walker<br>P.O. Box 9301<br>Vallejo, CA 94591<br>Tel    707.315.3310 | *Plaintiff*<br>*Pro Se* |

5. ☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date)*: January 22, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/22/08 | Virginia Li | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

SF:157324v1        C& H's Certification of Interested Entities and Corporate Disclosure Statement
                   Case No. C 07-03100 BZ