**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **01/28/2008**

**C07-3100 BZ**

**James Troy Walker v. Pacific Maritime Association, et al.**

Attorneys: <u>James Troy Walker (pro per)</u>     <u>Steve Blackburn</u>

                                                     Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Digital Recording: 4:07-4:23**

**PROCEEDINGS:**                              **RULING:**

1. <u>Case Management Conference</u>                 <u>Matter Held</u>
2. _____       _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff submitted a Supplement Case Management Conference Statement. Defendant's counsel will file a Motion re Subject Matter Jurisdiction. Hearing will occur on April 4, 2008 at 10:00 a.m. Court will prepare a briefing schedule. Initial Disclosures due in mid February, 2008.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                           Type of Trial:  ( )Jury     ( )Court
Notes: _____