**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***AMENDED* CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **01/28/2008**

**C07-3100 BZ**

**James Troy Walker v. Pacific Maritime Association, et al.**

Attorneys: James Troy Walker (pro per)     Steve Blackburn

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Digital Recording: 4:07-4:23**

**PROCEEDINGS:**                                  **RULING:**

1. Case Management Conference                    Matter Held
2. _____               _____

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff submitted a Supplement Case Management Conference Statement.  Defendant's counsel will file a Motion re Subject Matter Jurisdiction.  Hearing will occur on **April 2, 2008** at 10:00 a.m. Court will prepare a briefing schedule.  Initial Disclosures due in mid February, 2008.

(  XX  ) ORDER TO BE PREPARED BY:    Plntf ___  Deft ___  Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____     Trial Date _____   Set for _____ days
                  Type of Trial:  (  )Jury    (  )Court
Notes: _____