UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>           Plaintiff(s),<br><br>    v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>           Defendant(s). | No. C07-3100 BZ<br><br>**BRIEFING AND SCHEDULING ORDER** |

At the January 28, 2008 Case Management Conference, the remaining defendant, C&H Sugar Company, Inc., stated its intent to file a motion to dismiss for lack of subject matter jurisdiction. **IT IS HEREBY ORDERED** that the hearing on defendant's motion, if necessary, is set for **Wednesday, April 2, 2008 at 10:00 a.m.** Defendant shall file its moving papers by **Wednesday, February 20, 2008**; plaintiff shall file and serve his opposition to the motion by no later than **Wednesday, March 5, 2008**; and any reply shall be filed by **Wednesday, March 12, 2008**.

It is further **ORDERED** that the parties shall exchange initial disclosures pursuant to Federal Rule of Civil

1

Procedure 26(a)(1) on **Friday, February 15, 2008.**

Dated: January 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\BRIEFING AND SCHEDULING ORDER.wpd

2