1  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  Rachel S. Hulst, State Bar No. 197330
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:  415.398.3500
   Facsimile:  415.398.0955
5  SBlackburn@ebglaw.com
   MGoodin@ebglaw.com
6  RHulst@ebglaw.com

7  Attorneys for Defendant
   C&H SUGAR COMPANY, INC.
8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12 | JAMES TROY WALKER,                              | CASE NO. C 07-03100 BZ
13 |         Plaintiff,                              | **DEFENDANT C&H'S REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS**
14 | v.                                              |
15 | PACIFIC MARITIME ASSOCIATIONS; MARINE TERMINALS CORP.; PACIFIC C&H SUGAR COMPANY, INC.; INTERNATIONAL LONGSHORE UNION LOCAL 10, |
16 |                                                 |
17 |         Defendants.                             |
18

19

20      On February 1, 2008, Judge Zimmerman issued a briefing and scheduling order regarding

21 Defendant C&H's intent to file a motion to dismiss in this case for lack of subject matter

22 jurisdiction. The Court ordered that C&H file its moving papers in support of its motion to

23 dismiss by February 20, 2008, in preparation for the April 2, 2008 hearing date on the motion.

24      Defendant C&H hereby reasonably requests a brief extension of time to file its moving

25 papers on its motion to dismiss until February 29, 2008. Time is of the essence due to the

26 impending February 20 deadline for the filing of this motion.

27

28

---
SF:159869v1                                        C& H's Request for Extension of Time re: filing Motion to Dismiss
                                                   Case No. C 07-03100 BZ

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 15, 2008 | EPSTEIN BECKER & GREEN, P.C. |
| 3 | | |
| 4 | | By:  /s/ _____<br>Steven R. Blackburn |
| 5 | | Matthew A. Goodin<br>Rachel S. Hulst |
| 6 | | Attorneys for Defendant<br>C&H Sugar Company |

- 2 -