Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
Rachel S. Hulst, State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:     415.398.3500
Facsimile:      415.398.0955
SBlackburn@ebglaw.com
MGoodin@ebglaw.com
RHulst@ebglaw.com

Attorneys for Defendant
C&H SUGAR COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TROY WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATIONS;<br>MARINE TERMINALS CORP.; PACIFIC<br>C&H SUGAR COMPANY, INC.;<br>INTERNATIONAL LONGSHORE UNION<br>LOCAL 10,<br><br>  Defendants. | CASE NO.  C 07-03100 BZ<br><br>[PROPOSED] ORDER RE: DEFENDANT<br>C&H'S REQUEST FOR EXTENSION OF<br>TIME TO FILE MOTION TO DISMISS |

WHEREFORE, Defendant C&H requested that this Court extend its filing deadline for its moving papers in support of its motion to dismiss from February 20, 2008 to February 29, 2008. After consideration of such request:

The Court GRANTS Defendant C&H's request for extension of time to file its moving papers in support of its motion to dismiss case for lack of subject matter jurisdiction. C&H must now file its moving papers no later than February 29, 2008.

IT IS SO ORDERED.

Date:  February ___, 2008

_____
Magistrate Judge Bernard Zimmerman

SF:159893v1

[Proposed] Order
Case No. C 07-03100 BZ