UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES TROY WALKER, | ) | |
| Plaintiff(s), | ) | No. C07-3100 BZ |
| v. | ) | **CLERK'S NOTICE AMENDING BRIEFING AND SCHEDULING ORDER** |
| PACIFIC MARITIME ASSOC., et al., | ) | |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that the February 1, 2008 Briefing and Scheduling Order is **AMENDED** as follows:

1. The hearing on defendant C&H Sugar Company, Inc.'s motion to dismiss for lack of subject matter of jurisdiction defendant's motion is continued to **Wednesday, April 16, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Defendant shall file its moving papers by **Friday, February 29, 2008**. Plaintiff shall file and serve his opposition to the motion by no later than **Friday, March 14, 2008**. Any reply shall be filed by **Friday, March 21, 2008**.

3. The February 1, 2008 Briefing and Scheduling Order

1

1 | otherwise remains in full force and effect.
2 | Dated: February 19, 2008

*Rose Maher*
———————————————
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

7 | G:\BZALL\-BZCASES\Walker v. Pac. Maritime\AMENDED BRIEFING AND SCHEDULING ORDER.wpd

2