James T. Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591
Tele: (707) 315-3310

Plaintiff,
JAMES T. WALKER
in pro per

FILED
FEB 29 PM 2: 23
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURISDICTION

| | |
|---|---|
| JAMES T. WALKER, | Case Number: C07-3100 BZ |
| Plaintiff, | PLAINTIFF'S OPPOSITION TO DEFENDANT, C&H SUGAR'S MOTION FOR CONTINUANCE OF HEARING. |
| vs. | |
| C & H SUGAR, et. al., | |
| Defendants. | |

**I.**

**FACTS**

On February 1, 2008, Judge Zimmerman issued a briefing and scheduling order regarding Defendant C&H Sugar's intent to file a motion to dismiss on subject matter grounds. The Court ordered that C&H file its moving papers in support of the motion on or before February 20, 2008 in advance of the April 2, 2008 hearing.

On or about February 15, 2008, C&H filed a motion to continue both the briefing schedule and hearing dates.

C&H Sugar failed to mention any good cause in support of its motion.

//
/

1

1 |                                    **II.**

2 |     **A CONTINUANCE WOULD CAUSE UNWARRANTED DELAY AND PREJUDICE**

3 |         Plaintiff has exercised diligence in this case. He has served his Rule 26 disclosures. He is
4 | commencing discovery.
5 |         Defendant scheduled the motion to dismiss at the Case Management Conference and picked
6 | the date the motion was to be heard.
7 |         Defendant has apparently changed its mind as to when to have the motion heard. Given
8 | Defendant's choice of a hearing time, Defendant's request for a continuance is seen by Plaintiff as a
9 | delaying tactic. Also, because the events giving rise to Plaintiff's claim took place over five years ago,
10 | any delay at this point would more likely than not cause prejudice to Plaintiff in that witnesses may
11 | become unavailable, and evidence may become so stale as to be useless to Plaintiff.
12 |                                   **II.**
13 |                              **CONCLUSION**
14 |         Given the above, and because prejudice from delay is likely, the Court is asked to deny
15 | Defendant's request for a continuance.
16 |
17 | Date 2-27-08
18 |
19 |                                                         _James T. Walker_
20 |                                                         James T. Walker
     | /////                                                  Plaintiff in *pro per*
21 |
22 |
...
28 |                                    2