**BARBARA LEE**
9th District, California

COMMITTEE ON
APPROPRIATIONS
Subcommittee on
Labor, Health and Human Services,
Education and Related Services

Subcommittee on
State, Foreign Operations and Related Programs

Subcommittee on
Legislative Branch



## Congress of the United States
### House of Representatives
### Washington, D.C. 20515-0509

REPLY TO OFFICE CHECKED

WASHINGTON OFFICE:
JULIE LITTLE NICKSON
CHIEF OF STAFF
2444 RAYBURN HOB
WASHINGTON, D.C. 20515
Phone: (202) 225-2661
Fax: (202) 225-9817

DISTRICT OFFICE:
LESLIE LITTLETON
DISTRICT DIRECTOR
1301 CLAY STREET, SUITE 1000N
OAKLAND, CA 94612
Phone: (510) 763-0370
Fax: (510) 763-6538

website: lee.house.gov

FILED
APR 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 24, 2008

Mr. William E. Moschella
Asst. Attorney General
U.S. Department of Justice
Office of Legislative Affairs
950 Pennsylvania Ave. NW
Washington, D.C. 20530

RE: JAMES TROY WALKER

Dear Mr. Moschella:

My constituent, James Troy Walker, has requested my assistance regarding what he considers to be unfair practices of the Pacific Maritime Association.

Mr. Walker informed my staff that he was a Longshoreman, employed by the Pacific Maritime Association, in Oakland, California. He said that he was a hard working, loyal employee who enjoyed his work. According to Mr. Walker's extensive documentation, he was injured on May 1, 2002, and that he has been unable to work since that time. Mr. Walker said that in workman's compensation cases, the Maritime Association provides their own attorneys to represent the injured workers, creating a conflict of interest.

He said that in the years that have passed since his injury, he has not had adequate representation so that he can receive the compensation he believes he is entitled to for his life-changing injury. At this time, James Troy Walker respectfully requests that his situation be investigated outside of the Maritime Association. He said that he has seen unfair representation primarily in cases of racial minorities.

I would appreciate it if you would investigate and comment on this case at your earliest opportunity. Please forward your correspondence in care of my Congressional Aide, Elaine McKellar, in my Oakland District Office. Thank you for your attention to this matter.

Sincerely,

Barbara Lee

Barbara Lee
Member of Congress

BL:epm
Enclosures