UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>      Defendant(s). | No. C07-3100 BZ<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a status conference for the purpose of setting a trial and pretrial schedule is scheduled for **Monday, June 9, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The parties shall file a joint status conference statement setting forth a proposed trial and pretrial schedule by no later than **June 2, 2008.**

Dated:   May 5, 2008

                                      Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\ORDER SCHED STATUS CONF.wpd

1