JAMES TROY WALKER
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TROY WALKER, | CASE NO.: C 07-03100 BZ |
| PLAINTIFF, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| C&H SUGAR, ET AL., | |
| DEFENDANTS. | |

    Plaintiff James Troy Walker and Defendant C&H Sugar Company, Inc. ("C&H") hereby stipulate that this Court should enter an order to continue the case management conference hearing set for June 9th for two months until August 4, 2008. The plaintiff, who has been proceeding *pro se* in this matter, is attempting

STIPULATION AND [PROPOSED] ORDER

to retain counsel. On Friday, May 23, 2007, the plaintiff met with the law firms Ramsey & Ehrlich LLP and Meade & Schrag LLP, both of Berkeley, California, to discuss possible representation. These firms are currently evaluating whether they will represent the plaintiff in this matter. Additional time is needed to allow the plaintiff to obtain counsel.

For the court's information, after discussing the matter with C&H's counsel Rachel Hulst, the firm Ramsey & Ehrlich LLP helped plaintiff Walker draft this Stipulation and [Proposed] Order. Ramsey & Ehrlich, to date, has provided no other assistance to Mr. Walker in bringing or litigating this case.

In light of the current deadline to submit a joint case management conference by no later than June 2, 2008 for the currently scheduled June 9, 2008 conference, the Parties request that the court advise the parties of its decision on the issuance of this proposed order by no later than Friday May 30, 2008.

Dated: 5-27-08

Respectfully Submitted,

*/s/ James T Walker*
JAMES TROY WALKER
Pro Se

*/s/ Rachel S. Hulst*
RACHEL S. HULST
EPSTEIN, BECKER & GREEN, P.C.
Attorneys for C&H Sugar Company, Inc.

-2-

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This
2  court orders that the case management conference hearing currently set for
3  Monday, June 9, 2008, is continued until Monday, August 4, 2008. The Court
4  further orders that the attendant joint case management conference statement will
5  now be due on July 28, 2008.
6  Dated:
7
8                                         HON. BERNARD ZIMMERMAN
                                          US MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28