1  JAMES TROY WALKER
   Pro Se
2
3
4
5
6
7
8                              ☐ ORIGINAL
9
10
11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13
14
   JAMES TROY WALKER,              CASE NO.: C 07-03100 BZ
15
16      PLAINTIFF,
                                   STIPULATION AND [PROPOSED]
17      v.                         ORDER TO CONTINUE CASE
                                   MANAGEMENT CONFERENCE
18 C&H SUGAR, ET AL.,
19      DEFENDANTS.
20
21
22
23
24
25      Plaintiff James Troy Walker and Defendant C&H Sugar Company, Inc.
26 ("C&H") hereby stipulate that this Court should enter an order to continue the case
27 management conference hearing set for June 9th for two months until August 4,
28 2008. The plaintiff, who has been proceeding *pro se* in this matter, is attempting

STIPULATION AND [PROPOSED] ORDER

Copies Mailed to
Parties of Record

FILED
MAY 27 PM 2:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

to retain counsel. On Friday, May 23, 2007, the plaintiff met with the law firms Ramsey & Ehrlich LLP and Meade & Schrag LLP, both of Berkeley, California, to discuss possible representation. These firms are currently evaluating whether they will represent the plaintiff in this matter. Additional time is needed to allow the plaintiff to obtain counsel.

For the court's information, after discussing the matter with C&H's counsel Rachel Hulst, the firm Ramsey & Ehrlich LLP helped plaintiff Walker draft this Stipulation and [Proposed] Order. Ramsey & Ehrlich, to date, has provided no other assistance to Mr. Walker in bringing or litigating this case.

In light of the current deadline to submit a joint case management conference by no later than June 2, 2008 for the currently scheduled June 9, 2008 conference, the Parties request that the court advise the parties of its decision on the issuance of this proposed order by no later than Friday May 30, 2008.

Dated:

5-27-08

Respectfully Submitted,

*James T Walker*
JAMES TROY WALKER
Pro Se


*Rachel S. Hulst*
RACHEL S. HULST
EPSTEIN, BECKER & GREEN, P.C.
Attorneys for C&H Sugar Company, Inc.

-2-

1   GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This
2   court orders that the case management conference hearing currently set for
3   Monday, June 9, 2008, is continued until Monday, August 4, 2008. The Court
4   further orders that the attendant joint case management conference statement will
5   now be due on ~~July 28,~~ Aug 4, 2008.
6   Dated:
7                                           HON. BERNARD ZIMMERMAN
8                                           US MAGISTRATE JUDGE

- 3 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,

        Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION et al,

        Defendant.
                                  /

Case Number: CV07-03100 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary A. Angel
Law Offices Of Gary A. Angel
177 Post Street   Eighth Floor
San Francisco, CA 94108

James Troy Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591

L. Julius M. Turman, Esq.
M. Michael Cole, Esq.
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Matthew A Goodin, Esq.
Rachel S. Hulst, Esq.
Steven R. Blackburn M
Eptstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk