**Name and Address**
JAMES TROY WALKER
P.O. BOX 9301
VALLEJO, CALIF. 94591

FILED
08 JUN 10 AM 9:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER
Plaintiff / Petitioner

VS.

PACIFIC MARITIME ASSN.,
C & H SUGAR
Defendant / Respondent

Case No. 42:2000e

Document Name:

CIVIL DOCKET FOR CASE #
3:07-CV-03100-BZ

I HAVED CALLED SEVERAL ATTORNEYS IN WHICH NONE ARE WILLING TO TAKE THE CASE AGAINST PACIFIC MARITIME ASSOCIATION AND C & H SUGAR. ALL THE ATTOREYS I CONTACTED WOULD NOT BE ABLE TO GIVE MY CASE THE ATTENTION IT DESERVES SO THEY SAY. IS IT POSSIBLE THE COURT CAN APPOINT ME A ATTORNEY THAT CAN WORK FAIRLY WITH ME ON MY CASE?

PLAINTIFF
JAMES TROY WALKER

LAW OFFICES OF
## SANFORD M. CIPINKO

SANFORD M. CIPINKO
JEREMY CLOYD
YULIYA MAGOMEDOV

55 FRANCISCO STREET
SUITE 403
SAN FRANCISCO, CALIFORNIA 94133
TEL: (415) 693-9905
FAX: (415) 693-9904

EMAIL: scipinko@cipinkolaw.com

May 22, 2008

James Troy Walker
P.O. Box 9301
Vallejo, CA 94591

Re: **Potential Discrimination and Personal Injury Case**

Dear Mr. Walker:

Thank you for contacting us regarding the suit you filed in June of 2007 regarding your personal injury and discrimination claims. Upon reviewing your case, discussing it with the other attorneys, and examining our trial schedule, we would be unable to give your case the attention it deserves. Therefore, we will not be able to represent you. Enclosed, please find the duplicate copy of all documents given to our office. Please be advised that you retained the original copy of all documents, and the enclosed files are a photocopy.

Thanks again for considering our office. We wish you best of luck with your case.

Sincerely,
LAW OFFICES OF SANFORD M. CIPINKO

Sanford M. Cipinko

**KAISER PERMANENTE**®  Kaiser Permanente Medical Center

May 19, 2008

RE: WALKER, JAMES T.
MR# 09733358
DOB 10-24-54

To Whom It May Concern:

I am currently following Mr. James T. Walker in the Medical Clinic at this facility.

On 5-01-02, Mr. Walker sustained a traumatic brain injury while performing his work duties as a longshoreman. He was subsequently followed in the Occupational Medicine Clinic here for post-concussion syndrome.

Since the injury, Mr. Walker has continued to suffer from post-concussion symptoms, including severe chronic headaches, ataxia, memory problems, etc. He has been unable to work since 5-01-02, and he is permanently/stationary disabled for his longshoreman work and for any other work.

I hope this information will be helpful to you. If I can be of any further assistance, please contact me.

Sincerely,

Lauran H. Mizock, M.D.
Department of Medicine

LHM:ceh/ceh

LAURAN H. MIZOCK, MD
975 SERENO DRIVE
VALLEJO, CA. 94589
CAL LIC # A84055

975 Sereno Drive
Vallejo, California 94589-2485
(707) 651-1000

07687-000 (REV. 12-01)