# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

   **Defendant C&H's Separately Filed Case Management Statement and [Proposed] Order**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   James T. Walker          Plaintiff
   P.O. Box 9301
   Vallejo, CA 94591

5. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

6. I served the documents by the means described in item 5 on *(date)*: August 4, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8/4/08 | Virginia Li | *(signed)* |
|--------|-------------|------------|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 7 -

SF:180015v1                                    C&H's Separately Filed Case Management Statement & Proposed Order
                                               Case No. 07-03100 BZ