UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>          Plaintiff(s),<br><br>     v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>          Defendant(s). | No. C07-3100 BZ<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that plaintiff's request that the status conference scheduled for Monday, August 11, 2008 be **continued** so that he may continue his efforts to seeks counsel is **GRANTED.**  The status conference is continued to **Monday, October 6, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  August 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\ORDER CONTINUING STATUS CONFERENCE.wpd

1