**RECEIVED**
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

E-filing

BZ

James Troy Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591

NIXIE       945   DE 1           00   08/13/08
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 94102348995         *1640-23880-08-37*

UNITED STATES POSTAGE
$00.42
PITNEY BOWES
02 1A
0004329882
AUG 08 2008
MAILED FROM ZIPCODE 94102

FILED

AUG 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER,<br><br>           Plaintiff(s),<br><br>    v.<br><br>PACIFIC MARITIME ASSOC., et al.,<br><br>           Defendant(s). | No. C07-3100 BZ<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

   **IT IS HEREBY ORDERED** that plaintiff's request that the status conference scheduled for Monday, August 11, 2008 be <u>continued</u> so that he may continue his efforts to seeks counsel is **GRANTED**. The status conference is continued to **Monday, October 6, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\ORDER CONTINUING STATUS CONFERENCE.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,

        Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION et al,

        Defendant.
    _____/

Case Number: CV07-03100 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER CONTINUING STATUS CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Troy Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591

Dated: August 8, 2008

                Richard W. Wieking, Clerk
                By: Rose Maher, Deputy Clerk