James T. Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591
Tele: (707) 315-3310

Plaintiff,
JAMES T. WALKER
in *pro per*

FILED
08 AUG 15 PM 12: 10

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURISDICTION

| | |
|---|---|
| JAMES T. WALKER, | Case Number: C07-3100 BZ |
| Plaintiff, | PLAINTIFF'S NOTICE & MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | |
| C & H SUGAR, et. al., | Date:_____ |
| Defendants. | Time:_____ |
| | Court Room: G |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the above date, time and location of this Court, Plaintiff will, and does hereby, move the Court for an order appointing counsel to assist him in this case.

This motion is based on these moving papers, the attached memorandum of points and authorities, Plaintiff's declaration, upon all papers on file herein and evidence adduced at the hearing hereof, if any.

Date 8-15-08

/s/ James T. Walker
James T. Walker
Plaintiff in *pro per*

/////

1