E-filing

## CERTIFICATE OF SERVICE BY MAILING
Case No. C 07-03100 BZ

The undersigned hereby certifies that on this ____ day of August, 15, 2008, I mailed a true and correct copy of the following documents:

Plaintiff's notice and motion for appointment of counsel.
Memorandum of points and authorities in support of motion
Declaration of Plaintiff in support of motion.

The same were served via United States Mail, postage prepaid to the following address:

Steven R. Blackburn
Matthew A. Goodin
One California Street, 26th Floor
San Francisco, Ca 94111

DATED this ___ day of August, 2008.

FILED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted:

*[signature]*
Robert Williams

1