UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,            )
                              )
          Plaintiff(s),       )    No. C07-3100 BZ
                              )
     v.                       )
                              )    **ORDER DENYING PLAINTIFF'S**
PACIFIC MARITIME ASSOC., et   )    **THIRD REQUEST FOR**
al.,                          )    **APPOINTMENT OF COUNSEL**
                              )
          Defendant(s).       )
_____)

On August 15, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff has attached additional correspondence from his physicians regarding his medical conditions as well as correspondence from lawyers who declined to represent him. Plaintiff submitted a March 28, 2007 letter from Dr. Savani stating that plaintiff "has continued to suffer from post-concussive symptoms, including severe headaches, ataxia, memory problems, etc." He also submitted an April 2, 2006 letter from Keith Schroder Ph.D stating that he was treating plaintiff for his psychological conditions. The letters from the healthcare providers do not establish that Mr. Walker's current medical condition prevent

1

1  him from sufficiently articulating his claims.  As set forth
2  in my July 15, 2008 order denying plaintiff's second request
3  to appoint counsel, plaintiff has failed to meet his burden
4  of demonstrating that he is likely to succeed on the
5  merits, that he is unable to present his own case, or that he
6  qualifies financially.  As such, plaintiff's request is
7  **DENIED.**
8  Dated: August 19, 2008

                                      Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\3rd ORDER DENYING MOTION TO DISMISSwpd.wpd

2