UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES TROY WALKER,

        Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION et al,

        Defendant.
_____/

Case Number: CV07-03100 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary A. Angel
Law Offices Of Gary A. Angel
177 Post Street   Eighth Floor
San Francisco, CA 94108

James Troy Walker
P.O. Box 9301
109 Maher Court
Vallejo, CA 94591

L. Julius M. Turman
M. Michael Cole
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Andrew Jonathon Sommer
Matthew A Goodin
Rachel S. Hulst F
Steven R. Blackburn M
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Dated: August 19, 2008

                                    Richard W. Wieking, Clerk
                                    By: Rose Maher, Deputy Clerk

                                    *Rose Maher*