UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY WALKER, | ) |
| Plaintiff(s), | ) No. C07-3100 BZ |
| v. | ) |
| | ) **ORDER DENYING PLAINTIFF'S** |
| PACIFIC MARITIME ASSOC., et al., | ) **REQUEST TO CONTINUE** |
| | ) **STATUS CONFERENCE** |
| Defendant(s). | ) |

**IT IS HEREBY ORDERED** that plaintiff's request for a continuation of the status conference is **DENIED**. The status conference remains scheduled for **Monday, October 6, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  October 2, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\ORDER DENYING CMC CONTINUATION.wpd

1