Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
SBlackburn@ebglaw.com
MGoodin@ebglaw.com
ASommer@ebglaw.com

Attorneys for Defendant
C&H SUGAR COMPANY, INC.

FILED
JAN 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TROY WALKER<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATIONS; MARINE TERMINALS CORP.; PACIFIC C&H SUGAR COMPANY, INC.; INTERNATIONAL LONGSHORE UNION LOCAL 10,<br><br>Defendants. | CASE NO. C 07-03100 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT C&H SUGAR COMPANY INC.'S REQUEST TO BRING STENOGRAPHIC AND VIDEO EQUIPMENT INTO THE COURTHOUSE TO RECORD PLAINTIFF'S DEPOSITION |

WHEREFORE, Defendant C&H Sugar Company, Inc. ("Defendant") has scheduled Plaintiff's deposition in the above case for February 3, 2009 at the Attorneys' Lounge on the 18th Floor of the United States District Court, located at 450 Golden Gate Avenue, San Francisco.

Defendant intends to stenographically record and videotape this deposition.

Defendant respectfully requests the Court's approval for its court reporter and videographer to bring the equipment listed in **Exhibit A** into the courthouse to record this

///

///

///

- 1 -

SF:565390v1   [~~Proposed~~] Order Granting Defendant's Request To Bring Stenographic And Video Equipment Into The Court House To Record Plaintiff's Deposition
Case No. C 07-03100 BZ

1  deposition.

2  Dated: January 29, 2009                EPSTEIN, BECKER & GREEN, P.C.

3
4                                          By:  /s/ Andrew J. Sommer
                                                Steven R. Blackburn
                                                Matthew A. Goodin
5                                               Andrew J. Sommer
                                                Attorneys for Defendant
6                                               C & H SUGAR COMPANY, INC.

7
8          IT IS SO ORDERED

9
10  Date: 28 Jan 09

                                           Magistrate Judge Bernard Zimmerman

## EXHIBIT A

- Camcorder
- Power adapter for camera
- Channel stereo mixer
- Audio deck
- Microphones
- DVD burner
- LCD Monitor
- 7 outlet powerstrip
- 25ft. extension cord.
- 4-pin DC cable
- Headphones
- Power cables
- Stereo cables
- Video cables
- Laptops
- 20ft. headphone extension
- 6ft. headphone extension
- Tripod
- Camera & tripod plate
- 6x7' backdrop (screen) with case
- Handtruck
- DVCAM tapes
- Blank DVD discs
- Tape
- AC power supply for digital audio deck
- Power supply for monitor
- S-Video cable
- USB cable
- Power supply for DVD burner
- Stenograph machine
- Cables for stenograph machine
- Laptop case and stenograph case on wheels

- 3 -