UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES TROY WALKER, | ) | |
| Plaintiff(s), | ) | No. C07-3100 BZ |
| v. | ) | **JUDGMENT** |
| PACIFIC MARITIME ASSOC., et al., | ) | |
| Defendant(s). | ) | |

Having previously dismissed plaintiff's claims against defendants Pacific Maritime Association, Marine Terminal Corporation, and International Longshore Union Local 10, and having granted defendant C&H Sugar Company, Inc.'s motion for summary judgment, IT IS **ORDERED**, **ADJUDGED, AND DECREED** that judgment be entered in favor of defendants, that plaintiff take nothing, and that defendants recover of plaintiff their costs of action.

Dated: April 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Walker v. Pac. Maritime\JUDGMENT.wpd

1